# AFFIDAVIT OF SERVICE

Jon Q. Wright and JQ Licensing, LLC                         Robert Snider dba Trappers Point Camp, et al
                           Plaintiff                                                                    Defendant
                                        -vs-

**United States District Court**

**for the**                                              3:22-cv-347

**Western District of Wisconsin**

I, the undersigned, am an adult resident of the State of Wisconsin, not a party to this action, being duly sworn under oath, do hereby depose and state that on: **August 10, 2022**

at **1:15 pm**                                    **212805 Connor**
   (Time)                                              (Address)

in **Stratford**                                  County of **Marathon**
   (City, Town, Village, etc.)

State of Wisconsin, I duly served **Stratford Sign Company, LLC**

**Nicole Hoff, Administrative Assistant & Marketing**

personally, with an authenticated copy of the below noted documents and I endorsed my name and official title and indicated thereon the time, place and manner of service on said copy.

**Documents Served:**   **Summons in a Civil Matter, Complaint, Exhibits, Civil Cover Sheet**

_signature_
Process Server

Subscribed and sworn to before me
this 12th day of August, 2022

_signature_
Notary Public, State of Wisconsin
My Commission Expires: **9/16/2023**

NCI File #        2208-1195
Process Service Fee: $140.00

[Notary Seal: BRENDA K. PARKER, NOTARY PUBLIC, STATE OF WISCONSIN]

North Country Investigations, Inc.
2905 Seymour Road, P.O. Box 454
Eau Claire, WI 54702-0454