UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jon Q. Wright and JQ Licensing LLC; | Case No.: 3:22-cv-00347-JDP |
| Plaintiff, | |
| v. | |
| Robert Snider d/b/a Trappers Point Camp, Stratford Sign Company, LLC, Does 1-5 | |
| Defendant. | |

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Dmitry Lapin, Esq., supporting Brief, and all annexed Exhibits, the undersigned will move this Court on such date that the Court may hear this Motion for Attorneys' fees and costs pursuant to Fed. R. Civ. P. 4(d)(2).

Dated: August 15, 2022

Respectfully submitted
By: /s/ Dmitry Lapin
Dmitry Lapin, Esq.
Axenfeld Law Group, LLC
2001 Market Street, STE 2500
Philadelphia PA 19103
Dmitry@axenfeldlaw.com
917-979-4570

*Attorneys for Plaintiffs*