## **CERTIFICATE OF SERVICE**

I, Dmitry Lapin, hereby certify that on August 15, 2022, I served a copy of Plaintiff's Motion for Attorneys' Fees and Costs pursuant to FRCP 4(d) [Dkt #s 15-18] by e-mailing the same to Matthew J. Cavanagh, Esq. counsel for Defendant Stratford Sign Company, LLC., at the following address - mcavanagh@mcdonaldhopkins.com.

A copy of the same documents were served on counsel for co-defendant Robert Snider d/b/a Trapper's Point Camp at the following addresses - John.Loringer@wilsonelser.com & Andrew.Scarpace@wilsonelser.com

Dated: August 15, 2022          /s/ Dmitry Lapin
                                Dmitry Lapin, Esq.