UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JON Q. WRIGHT and JQ LICENSING, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT SNIDER d/b/a TRAPPERS POINT CAMP, STRATFORD SIGN COMPANY, LLC, DOES 1-5,<br><br>          Defendants. | Case No: 3:22-cv-347 |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their counsel of record, that this entire action, including any and all claims, counterclaims, crossclaims, in law, equity, or otherwise, shall be dismissed on the merits, with prejudice, without further notice, and without costs, disbursements, or attorneys' fees to any of the parties.

Dated this 4th day of August 2023

 */s/ Dmitry Lapin*
 Dmitry Lapin (PA 329670)
 Axenfeld Law Group, LLC
 2001 Market St, Suite 2500
 Philadelphia, PA 19103
 dmitry@axenfeldlaw.com

 *Attorneys for Plaintiffs*

*/s/ Matthew J. Cavanagh*
Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
600 Superior Ave., East, Ste 2100
Cleveland, OH 44114
mcavanagh@mcdonaldhopkins.com

*Attorneys for Stratford Sign Company LLC*

 */s/Andrew M. Scarpace*
 Andrew M. Scarpace (SBN: 1104777)
 Wilson Elser Moskowitz Edelman & Dicker LLP
 555 E. Wells Street, Suite 1730
 Milwaukee, WI 53202
 Andrew.Scarpace@wilsonelser.com

 *Attorneys for Defendant Robert Snider d/b/a Trappers Point Camp*